[No. 2816-1.    Division One.    July 28, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. SIMON
DEARBONE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 65631, William C. Goodloe, J., entered January
21, 1974. *Affirmed* by unpublished opinion per Andersen, J.,
concurred in by Swanson and Callow, JJ.